IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : **FILED UNDER SEAL** |
| Plaintiff, | : |
| | : |
| v. | : Case No. 07- 149 M |
| | : |
| JAMES L. CHEESEMAN, | : |
| | : |
| Defendant. | : |

## MOTION TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Criminal Complaint, Motion for Arrest Warrant, Arrest Warrant, this Motion and Order to Seal, and the related file in the above-captioned case until further Order of the Court, as the defendant has not yet been apprehended; with the exception that the file may be unsealed for the limited purpose of entering the arrest warrant into the NCIC system by the United States Marshals Service. A proposed Order is attached.

                                                     COLM F. CONNOLLY
                                                     United States Attorney

                                   BY:  _____
                                                     Keith M. Rosen
                                                     Assistant United States Attorney

Dated: August 13, 2007

```
FILED
AUG 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | **SEALED** |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 07- 149M |
| | : | |
| JAMES L. CHEESEMAN, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW this **13** day of **August**, 2007, based upon the government's Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest Warrant, Motion for Arrest Warrant, Motion to Seal, this Order, and related file be **sealed** until further Order of the Court; with the exception that the file may be unsealed for the limited purpose of entering the arrest warrant into the NCIC system by the United States Marshals Service.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware