IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-149 M |
| ) | |
| JAMES L. CHEESEMAN ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ARREST WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, James L. Cheeseman, as a result of the Criminal Complaint signed by this Court on August 13, 2007.

FILED
AUG 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: August 13, 2007

AND NOW, this __13__ day of __August__, 2007, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of James L. Cheeseman.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge