AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

**DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA

v.

JAMES L. CHEESEMAN

**WARRANT FOR ARREST**

~~SEALED~~ UNSEALED 8/15/07

CASE NUMBER: 07-149M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES L. CHEESEMAN and bring him to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly possessing in and affecting interstate commerce a firearm and ammunition while an unlawful user of, and addicted to, a controlled substance; possession of more than 5 grams of a mixture and substance containing a detectable amount of cocaine base; and distribution of cocaine base;

**in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2); and 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 844.**

| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | Wilmington, Delaware |
| | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 844 King St, Wil, DE | | |
| DATE RECEIVED 8-13-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8-15-07 | William Davie, DUSM | [signature] William Davie |

AO 442 (Rev. 12/85) Warrant for Arrest