AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE 8/20/07 | CASE NUMBER 07-149M | OPERATOR KINCAID | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| GOVT WITNESS ATF SPECIAL AGENT DIANE IARDELLA | | 8:21 AM | 8:32 AM | 8:34 AM | EXCUSED | |
| DEFT. WITNESS DEFT SWORN | | 8:34 AM | 8:36 AM | 8:41 AM | EXCUSED. | |
| GOVT WITNESS ATF SPECIAL AGENT DIANE IARDELLA RECALLED | | 8:41 AM | 8:43 AM | 8:44 A- | EXCUSED | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | FILED | |
| | | | | | AUG 20 2007 | |
| | | | | | U.S. DISTRICT COURT DISTRICT OF DELAWARE | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Govt 1 | COPY OF CRIMINAL COMPLAINT & AFFIDAVIT | NO OBJ | NO OBJ |
| Govt 2 | PHOTO OF SHELF / TRASH BAG BOX | | |
| Govt 3 | PHOTO OF CRACK PIPE | | |
| Govt 4 | PHOTO OF MIRROR (HAND HELD) | | |
| Govt 5 | PHOTO OF VCR | | |
| Govt 6 | PHOTO OF POCKET SCALE | | |
| Govt 7 | PHOTO OF SPOON | | |
| Govt 8 | PHOTO OF PUSHROD | | |
| Govt 9 | COPY OF ATF FORM (LIC. RENEWAL) | NO OBJ | NO OBJ |
| Govt 10 | PHOTO OF X-MAS SUPPLY INVENTORY (4-PHOTOS) | NO OBJ | NO OBJ. |